# UNITED STATES DISTRIC COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTLE MANTOLINO, | Case No.: 8:17-cv-00867-JLS-JCG |
| Plaintiff, | Hon. Josephine L. Staton |
| vs. | Courtroom 10A |
| KNEPPER & JOHANSON LAW GROUP, entity form unknown; AMANDA JOHANSON & ASSOCIATES, entity form unknown; JOHANSON LAW GROUP, a Nevada corporation, CMS, entity form unknown; AMANDA JOHANSON, an individual; PERLA ORTIZ, an individual; JOHN DAVI, an individual; TERRY BELSER, an individual, and DOES 1-10. | **JUDGMENT** |
| Defendants. | |

# JUDGMENT

The Court, having considered Plaintiff Krystle Mantolino's application for entry of default judgment, and with good cause appearing, enters judgment against Defendant Amanda Johanson in the amount of $15,107.40 in damages and $5,625.00 in attorney's fees. Plaintiff is entitled to eligible litigation costs pursuant to Local Rule 54-3.

MARCH 12, 2018

_____
HONORABLE JOSEPHINE L. STATON